UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS J. BALBONI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HOWARD SKOLNIK, et al.,<br><br>　　　　　Defendants. | 3:08-CV-451-RCJ(VPC)<br><br>**ORDER** |

Before the Court is Plaintiff's Objection to Magistrate Judge's Report and Recommendation (#48) filed on June 15, 2009. This action was referred to U.S. Magistrate Judge Valerie P. Cooke pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4. The Magistrate Judge submitted her Report and Recommendation (#46) on June 2, 2009, recommending that this Court enter an order granting Defendants' Motion to Dismiss (#17). Defendants filed their Response to Plaintiff's Objection to the Magistrate Judge's Report and Recommendation (#50) on June 23, 2009.

## I. ANALYSIS

### A.　Review of Magistrate Judge's Order

Pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 3-2, a party may file specific written objections to the findings and recommendations of a magistrate judge made pursuant to LR IB 1-4. The district court must make a *de novo* determination of those portions of the

1  magistrate judge's report to which objection is made and may accept, reject, or modify, in
2  whole or in part, the findings or recommendations made by the magistrate judge. LR IB 3-2(b).
3  *De novo* review means the court must consider the matter anew, the same as if it had not
4  been heard before and as if no decision previously had been rendered. <u>Ness v.</u>
5  <u>Commissioner</u>, 954 F.2d 1495, 1497 (9th Cir. 1992). Thus, although the district court need
6  not hold a de novo hearing, the court's obligation is to arrive at its own independent conclusion
7  about those portions of the magistrate judge's findings or recommendation to which objections
8  are made. <u>United States v. Remsing</u>, 874 F.2d 614, 617 (9th Cir. 1989).

After conducting a *de novo* review of the record, the Court accepts and adopts the Magistrate Judge's Minutes of the Court (#46).

### III. CONCLUSION

IT IS HEREBY ORDERED that the court ACCEPTS and ADOPTS in whole the Report and Recommendation of U.S. Magistrate Judge (#46), and Plaintiff's Objections to Report and Recommendation of United States Magistrate Judge (#48) are DENIED.

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss (#17) is GRANTED, Plaintiff's Motion to Strike Defendants' Motion to Dismiss (#21) is DENIED, and Defendants' Motion to Strike Plaintiff's Sur-Reply to Defendants' Motion to Dismiss (#25) is GRANTED.

IT IS FURTHER ORDERED that this action is DISMISSED without prejudice. The Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED.

DATED: This ___ day of October, 2009.

Robert C. Jones
UNITED STATES DISTRICT JUDGE