AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_ DISTRICT OF  NEVADA

THOMAS J. BALBONI,

     Plaintiff,   JUDGMENT IN A CIVIL CASE

  V.

                     CASE NUMBER: **3:08-CV-00451-RCJ-VPC**

HOWARD SKOLNIK, et al.,

     Defendants.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice.


  10/23/2009                                                **LANCE S. WILSON**
                                                           Clerk

                                                              /s/ P. McDonald
                                                            Deputy Clerk